EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

RONALD G. JOHNSON #4532
EDRIC M. CHING #6697
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00113 |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. §922(g)(8); |
| ) | 18 U.S.C. §924(a)(2); |
| PAUL K. AWO, ) | 26 U.S.C. § 5861(d) and 26 |
| ) | U.S.C. §5871] |
| Defendant. ) | |
| ) | |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(8); 18 U.S.C. §924(a)(2)]

The Grand Jury charges:

On or about February 15, 2003, in the District of Hawaii, the defendant, PAUL K. AWO, who was subject to a court order that meets the requirements of 18 U.S.C. §§ 922(g)(8)(A), (B) and (C)(ii), did knowingly possess in and affecting commerce

ammunition, to wit, .22 caliber CCI ammunition, in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2).

COUNT 2

[26 U.S.C. §5861(d); 26 U.S.C. §5871]

The Grand Jury further charges:

On or about February 15, 2003, in the District of Hawaii, the defendant, PAUL K. AWO, did knowingly possess a firearm, to wit, a destructive device, as defined in 26 U.S.C. §§5845(a) and (f), consisting of a glass bottle, a flammable liquid and a rag, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §5861(d) and 26 U.S.C. §5871.

DATED: March 6, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
EDRIC M. CHING
Assistant U.S. Attorney