PROB. 12B
(7/93)

ORIGINAL

# United States District Court

## for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 04 2006

at ___ o'clock and ⑳ min. ___ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: PAUL K. AWO                    Case Number: CR 03-00113SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                       U.S. District Judge

Date of Original Sentence: 8/25/2003

Original Offense:   Count 2: Possession of a Firearm, to Wit: a Destructive Device, not Registered to Him, in violation of 26 U.S.C. § 5861(d), a Class C felony

Original Sentence:  Forty-one (41) months imprisonment to be followed by three (3) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant participate in a mental health program at the discretion and direction of the Probation Office; and 4) That the defendant provide the Probation Office access to any requested financial information.

   On 4/26/2006, the Court modified the subject's conditions of supervised release as follows:

   Mandatory Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

Type of Supervision: Supervised Release      Date Supervision Commenced: 3/1/2006

Prob 12B
(7/93)

<div style="text-align:right">2</div>

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

5.   *That the defendant serve up to 6 months of community confinement in a residential reentry center such as Mahoney Hale, at the discretion and direction of the Probation Office.*

## CAUSE

On 3/1/2006, the subject began his term of supervision under the U.S. Probation Office, District of Hawaii. During his processing, the subject was referred to Freedom Recovery Services (FRS), Honolulu, Hawaii, for substance abuse treatment, periodic drug testing, and a mental health assessment. Subsequent to the commencement of supervision, the subject secured gainful employment at Buca Di Beppo Restaurant, Honolulu, Hawaii, and placement in a transitional housing complex in Honolulu, Hawaii.

On 3/7/2006 and 3/14/2006, the subject underwent a mental health assessment at FRS. The subject was not diagnosed with severe mental impairment or bipolar disorders. However, the treating psychologist opined that the subject's past episodes of mental impairment was Amphetamine Induced Psychosis. He recommended substance abuse treatment and drug testing with close monitoring for any signs of relapse and the possible need for an increased level of care. Based on the assessment, the subject was placed in the Federal Drug Aftercare Program (DAP) and random drug testing at FRS.

As Your Honor may recall, the subject refused to submit to drug testing at FRS on 3/27/2006 and 4/10/2006, tested positive for amphetamine/methamphetamine on 4/7/2006 and 4/11/2006, and admitted to the possession and use of methamphetamine on or about 4/20/2006. On 4/11/2006, the subject's substance abuse counselor, Certified Substance Abuse Counselor Stephanie Tsai-Burch, opined that the subject was amenable to further rehabilitation based upon his past participation in the DAP program and willingness to increase his level of care. She also noted that the subject appeared to be "stable and remorseful." Based on his willingness to address his addiction, Your Honor modified the subject's conditions of supervised release and allowed him to participate in an Intensive Outpatient Program at FRS until bedspace was available at SAARC. On 5/30/2006, the subject entered the SAARC program. On 7/7/2006 and 8/21/2006, SAARC Intake Coordinator Fred Deisser reported that the subject was actively participating in treatment and displaying "excellent progress."

On 10/2/2006, the subject reported that he was dismissed from the SAARC program for his unauthorized possession of a portable DVD player. This officer subsequently contacted SAARC Intake Coordinator Deisser and confirmed the subject's dismissal from SAARC on 10/2/2006. Upon inquiry, SAARC Intake Coordinator Deisser reported that the subject's discharge was based upon his unauthorized possession of a


Prob 12B
(7/93)

3

DVD player. SAARC Intake Cooridnator Deisser added that the subject had not displayed any signs of relapse prior to his dismissal.

Based on the offender's active participation in the SAARC program for approximately 4 months and his willingness to resume treatment, it is recommended that Your Honor take no action against the subject and allow him to return to FRS and continue IOP treatment until clinically discharged. The subject will also submit to urinalysis testing at the highest frequency and be monitored closely for signs of relapse. In addition, it is respectfully recommended that the Court modify the subject's conditions of supervised release to include a period of community confinement at Mahoney Hale. This condition will provide the subject with a stable residence in a structured environment during this transitional period.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 10/4/2006

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] Other

SUSAN OKI MOLLWAY
U.S. District Judge

10/4/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

5.   *That the defendant serve up to 6 months community confinement in a residential reentry center such as Mahoney Hale, at the discretion and direction of the Probation Office.*

Witness: _____
CARTER A. LEE
U.S. Probation Officer

Signed: _____
PAUL K. AWO
Supervised Releasee

10/4/06
Date