PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:  alexander_silvert@fd.org

Attorney for Defendant
PAUL K. AWO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00113 SOM |
| | ) | |
| Plaintiff, | ) | MOTION TO MODIFY |
| | ) | CONDITIONS OF SUPERVISED |
| vs. | ) | RELEASE; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| PAUL K. AWO, | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW the defendant, PAUL K. AWO, through counsel, Alexander Silvert, First Assistant Federal Defender, and moves this Honorable Court to permit Mr. Awo to have contact with his girlfriend, Tracy Correa, a felon in her own right.

Mr. Awo's supervised release conditions prohibit him from associating with known felons, absent permission from his Probation Officer and/or the Court. In this instance, Mr. Awo has asked his Probation Officer to be permitted to associate with his long-time girlfriend, Tracy Correa, who he has known for over five years and who he was dating *prior* to his incarceration in this case. Ms. Correa is currently on probation on state felony charges. Ms. Correa's conditions of probation contain no such restrictions on association.

Ms. Correa suffered a severe head injury in 2002 from a motorcycle accident which resulted in a metal plate being placed in her head. As a result of her injuries, Ms. Correa is still in pain and experiences seizures. Ms. Correa also requires lots of rest. Mr. Awo has been her main care giver, taking care of her medical and daily needs. In addition, Ms. Correa has a 12-year-old son, Dillon. While Ms. Correa and Mr. Awo have had no children of their own, Dillon has come to call Mr. Awo "dad" because of his care for his mother and the duration of their relationship. Ms. Correa has custody of her son because her son's natural father beat him, requiring Child Protective Services to get involved and give her custody of her son. As a result, Mr. Awo has become Dillon's father, a father who does not beat him, but loves him.

Counsel has spoken with Ms. Correa who very much desires to continue her relationship with Mr. Awo, both for herself and for her son. Mr. Awo is very

much a part of their lives and she does not know how she would manage without his assistance.

Counsel has met with Mr. Awo's Probation Officer who has continued to prohibit Mr. Awo from associating with Ms. Correa, principally on the basis that Mr. Awo, as well as Ms. Correa, are not doing well on their court-supervised release conditions in general. While Mr. Awo's Probation Officer has indicated that this issue could be reexamined in the future, should both Mr. Awo and Ms. Correa do better, their association has been strictly prohibited for the foreseeable future.

Given their long-term relationship which began prior to Mr. Awo's incarceration in this case, and hence prior to the conditions of supervised release being imposed, given Ms. Correa's physical condition, and given Mr. Awo's relationship with Ms. Correa's 12-year-old son, Mr. Awo respectfully asks this Court to permit them to associate. Mr. Awo acknowledges that he needs to do better on supervised release, however, this issue has and is creating problems for him that actually serves to undermine his ability to fully comply with this Court's conditions of release.

DATED: Honolulu, Hawaii, February 21, 2007.

*/s/ Alexander Silvert*

ALEXANDER SILVERT
Attorney for Defendant
PAUL K. AWO