IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00113 SOM |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL K. AWO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF COUNSEL

I, ALEXANDER SILVERT, hereby declare as follows:

1.      I am counsel for defendant, PAUL K. AWO, having been appointed pursuant to the Criminal Justice Act.

2.      The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, February 21, 2007.

*Alexander Silvert*
_____
ALEXANDER SILVERT
Attorney for Defendant
PAUL K. AWO