## CERTIFICATE OF SERVICE

I, ALEXANDER SILVERT, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on February 21, 2007:

    Served Electronically through CM/ECF:

        RONALD G. JOHNSON
        Assistant United States Attorney
        300 Ala Moana Boulevard, Suite 6100
        Honolulu, Hawaii 96813

        Attorney for Plaintiff
        UNITED STATES OF AMERICA

    Served by hand-delivery:

        CARTER A. LEE
        United States Probation Officer
        United States Courthouse
        300 Ala Moana Boulevard, Room C-110
        Honolulu, Hawaii 96813

*/s/ Alexander Silvert*
_____
ALEXANDER SILVERT
Attorney for Defendant
PAUL K. AWO