# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/26/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00113SOM |
| CASE NAME: | USA vs. Paul Awo |
| ATTYS FOR PLA: | Darren Chin<br>Carter Lee (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/26/2007 | TIME: | 2:20 - 2:45 |

COURT ACTION:  EP: Motion to Modify Conditions of Supervised Release -

Defendant Paul Awo present.

Arguments.

Court requests that the supervising probation officers submit reports re: Ms. Correa and Mr. Awo for a one month period.

This hearing is continued to 3/27/07 @ 9:00 a.m. SOM.

The defendant is not allowed to associate with Ms. Correa, but contact by telephone is allowed - no objection by the government.

Submitted by: Toni Fujinaga, Courtroom Manager.