# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00113SOM |
| CASE NAME: | USA vs. Paul Awo |
| ATTYS FOR PLA: | Darren Ching |
| ATTYS FOR DEFT: | Alexander Silvert |
| | Carter Lee (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/27/2007 | TIME: | 9:00 - 9:20 |

COURT ACTION:  EP: Continued Hearing on Motion to Modif Conditions of Supervised Release -

Defendant Paul Awo present.

Arguments.

Tracy Correia adressed the Court.

Court attempted, but was unable, to contact Ms. Correia's state public defender.

Mr. Silvert requests a one week continuance in order for counsel to contact the Ms. Correia's counsel and obtain additional information.

This hearing is continued to 4/3/07 @ 9:00 a.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.