# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/11/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00113SOM |
| CASE NAME: | USA vs. Paul Awo |
| ATTYS FOR PLA: | Darren Ching |
| | Carter Lee (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 4/11/2007 | TIME: | 9:00 - 9:30 |

COURT ACTION:  EP: Continued Hearing on Motion to Modify Conditions of Supervised Release -

Defendant Paul Awo present.

Discussion held re: supplemental report and Ms. Correira.

USPO contacted the Adult State Probation Officer.

Motion to Modify Conditions of Supervised Release - Granted.

The previous bar on crdefendant's association with Tracy Correia is lifted, but the defendant must maintain his residence at the Clean and Sober House on Date Street, and must comply with the rules at the residence, and all other conditions that were imposed.

Mr. Silvert to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.