PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       alexander_silvert@fd.org

Attorney for Defendant
PAUL AWO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00113 SOM |
| | ) |
| Plaintiff, | ) ORDER PERMITTING |
| | ) DEFENDANT TO ASSOCIATE |
| vs. | ) WITH TRACIE CORREIA |
| | ) |
| PAUL AWO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER PERMITTING DEFENDANT
TO ASSOCIATE WITH TRACIE CORREIA**

IT IS HEREBY ORDERED that the defendant's conditions of

supervised release are modified to permit the defendant to associate with Tracie

Correia. The defendant must continue to reside at his current residence and follow all of the rules and regulations required by his place of residence - a clean a sober house.

All other conditions of supervised release previously imposed remain in effect.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; April 16, 2007.



_____
Susan Oki Mollway
United States District Judge


APPROVED AS TO FORM ONLY:

 /s/ Darren W.K. Ching
DARREN W.K. CHING
Assistant United States Attorney


UNITED STATES v. PAUL AWO
Cr. No. 03-00113 SOM
ORDER PERMITTING DEFENDANT
TO ASSOCIATE WITH TRACIE CORREIA