ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

731022

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00113SOM-01 |
| PAUL K. AWO | |
| (Name and Address of Defendant) | SEALED BY ORDER OF THE COURT |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST PAUL K. AWO and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Violations of Standard and Special Conditions of Supervised Release.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2008

at 3 o'clock and 15 min. PM
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU HI
2008 JAN -2 PM 2:56
RECEIVED

---

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ signature | January 2, 2008 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: Susan Oki Mollway, United States District Judge

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 300 Ala Moana Blvd Honolulu HI 96850 |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/2/07 | Jay Bieber DUSM | /s/ signature |
| Date of Arrest 1/4/07 | | |