# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00113SOM |
| CASE NAME: | USA vs. Paul Awo |
| ATTYS FOR PLA: | Darren Ching |
| ATTYS FOR DEFT: | Alexander Silvert |
| | Lisa Jicha (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/10/2008 | TIME: | 3:05 - 3:20 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Paul Awo present and in custody.

Defendant admits to all 3 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 13 Months.

No further supervised release to be imposed.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.