RECEIVED
CLERK U.S. DISTRICT COURT
SEP 09 2008
DISTRICT OF HAWAII

Honorable
Monday 9/8/08
To Mrs. Mollway,

My P.O. is Lisa Jicha, and she is making calls or over riding your call. That you allowed me, and Tracy Lee Correia. To see each other April 1, 2007. She advised me, that I was no longer able to see Ms. Correia, because she was found dirty and went back to prison. I let that go back then until now. She also refuse to give me a copy of my monthly report, and told my case manager here, Not to bother her anymore. I told my case manager here. That I need the monthly report, because it has my Bank Statements, and account numbers on the report that would allow me. To write to my bank so I be able to put money on my Books here at F.D.C. Lisa Jicha, even talk to my Bank manager, and told him she is no longer my P.O. All I wanted from her was my Bank statement or I would have made her power of attorney. So she can withdraw my money and put it on my books. Please your honor, all I need from Lisa Jicha, is my Monthly report statment. Thank you for your time. May God Bless you out there to as well.

P.S.
Better late or at least try, whatever it takes to see my point. Hopefully I make sense to you. ... Again!!!

Your Client and inmate

Paul K. Chu II
89192022
Federal Detention Center
P.O. Box 30080
Honolulu, HAWAII 96820

Name: Paul K. Nwo II
Number: 8414202
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

RECEIVED
CLERK U.S. DISTRICT COURT

SEP 09 2008

DISTRICT OF HAWAII

Susan Oki Mollway
U.S. District Judge
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-5269

HONOLULU HI 968
08 SEP 2008 PM 2 L

