CORRESPONDENCE

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

September 9, 2008

Mr. Paul Awo II
Number 89192022
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

Re: United States v. Awo, et al.; Cr. 03-00113 SOM

Dear Mr. Awo:

      Your new probation officer is Gene DeMello, Jr., who will be contacting you about the matters you raise in your letter. Ms. Jicha has retired for reasons unrelated to your case. I am not aware of any other complaint concerning her and am not here making any fining about the matter you raise.

Very truly yours,

Susan Oki Mollway
United States District Judge

cc: Pamela J. Byrne (w/copy of Awo 09/08/08 letter)
    Darren W.K. Ching (w/copy of Awo 09/08/08 letter)
    Gene DeMello, Jr. (w/copy of Awo 09/08/08 letter)

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 09 2008
DISTRICT OF HAWAII

Honorable
To Mrs. Mollway,                                    Monday 9/8/08

My P.O. is Lisa Jicha, and she is making calls or over riding your call. That you allowed me, and Tracy Lee Correia. To see each other April 11, 2007. She advised me, that I was no longer able to see Ms. Correia, because she was found dirty and went back to prison. I let that go back then until now. She also refuse to give me a copy of my monthly report, and told my case manager here, Not to bother her anymore. I told my case manager La. That I need the monthly report, because it has my Bank statements, and account numbers on the report that would allow me. To write to my bank so I be able to put money on my books here at F.D.C. Lisa Jicha, even talk to my Bank manager, and told him she is no longer my P.O. All I wanted from her was my Bank statement or I would have made her power of attorney. So she can withdraw my money and put it on my books. Please your honor, all I need from Lisa Jicha, is my Monthly report statement. Thank you for your time May God Bless you out there to as well.

P.S.
Better late or at least try, whatever it takes to see my point. Hopefully I made sense to you. THANK You AGAIN!!!

Your Client and inmate
Paul K. Ettis II
89192022
Federal Detention Center
P.O. Box 30080
Honolulu, HAWAII 96820

Name: PAUL K. AKEO II
Number: 89192022
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

USA FIRST-CLASS FOREVER

HONOLULU HI 968

03 SEP 2008 PM 3 L

Susan Oki Mollway
U.S. District Judge
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-5269

RECEIVED
SEP 09 2008
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII